13 116 Y 01508 06   Lerner New York, Inc. and Luciano Manganella

## AWARD

Accordingly, we award as follows (final subject only to paragraph 3 below):

1. The Escrow Amount shall go to Respondent. To the extent that the Escrow Agent requires an order of this Panel to disburse the Escrow Amount to Respondent (SPA Schedule 6.13(i)), it is so ordered.

2. With respect to interest Claimant shall pay to Respondent the sum of Three Hundred and Five Thousand Two Hundred and Ninety One Dollars and Twenty Five Cents ($305,291.25) as of the date hereof and $1,078.77 per day thereafter until Respondent receives the Escrow Amount.

3. Respondent shall make not later than April 30, 2007 a showing by affidavit of the amounts thereof that he has incurred or that may otherwise be or become due. Claimant shall respond thereto not later than May 14, 2007 and Respondent may reply, if so advised, not later than May 24, 2007. The Panel shall thereafter issue a Final Award thereon not later than July 2, 2007 without any further argument unless the Panel requires same.

4. Pursuant to SPA Schedule 6.13(g), the AAA is instructed to send a copy hereof to the Escrow Agent, Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333 Attn: Matthew E. Epstein, Esq., forthwith.

5. This Award shall remain in full force and effect until such time as a Final Award is rendered. The Panel retains jurisdiction until the issuance of the Final Award.

This award may be signed by the arbitrators in counterparts.

Dated: New York, New York
       April 20, 2007

_____
John D. Feerick, Chairperson

_____
W.L.D. Barrett, Member

_____
Thomas J. Kavaler, Member

19

American Arbitration 4/20/2007 10:13:48 AM    PAGE  24/028    Fax Server

13 116 Y 01508 06  Lerner New York, Inc. and Luciano Manganella

---

I, John D. Feerick, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

_April 19, 2007_      _[Notary stamp: SUSAN C. TESTA, Notary Public - State of New York, No. 4857971, Qualified in Westchester County, My Commission Expires May 5, 2010]_      _[signature] John D. Feerick_

(DATE)                                            (SIGNATURE)

I, W.L.D. Barrett, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

_____        _____
(DATE)                                            (SIGNATURE)

I, Thomas J. Kavaler, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

_____        _____
(DATE)                                            (SIGNATURE)

RECEIVED TIME APR. 19.  1:47PM

13 116 Y 01508 06   Lerner New York, Inc. and Luciano Manganella

## AWARD

Accordingly, we award as follows (final subject only to paragraph 3 below):

1. The Escrow Amount shall go to Respondent. To the extent that the Escrow Agent requires an order of this Panel to disburse the Escrow Amount to Respondent (SPA Schedule 6.13(i)), it is so ordered.

2. With respect to interest Claimant shall pay to Respondent the sum of Three Hundred and Five Thousand Two Hundred and Ninety One Dollars and Twenty Five Cents ($305,291.25) as of the date hereof and $1,078.77 per day thereafter until Respondent receives the Escrow Amount.

3. Respondent shall make not later than April 30, 2007 a showing by affidavit of the amounts thereof that he has incurred or that may otherwise be or become due. Claimant shall respond thereto not later than May 14, 2007 and Respondent may reply, if so advised, not later than May 24, 2007. The Panel shall thereafter issue a Final Award thereon not later than July 2, 2007 without any further argument unless the Panel requires same.

4. Pursuant to SPA Schedule 6.13(g), the AAA is instructed to send a copy hereof to the Escrow Agent, Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333 Attn: Matthew E. Epstein, Esq., forthwith.

5. This Award shall remain in full force and effect until such time as a Final Award is rendered. The Panel retains jurisdiction until the issuance of the Final Award.

This award may be signed by the arbitrators in counterparts.

Dated: New York, New York
       April 20, 2007

_____
John D. Feerick, Chairperson

_____
W.L.D. Barrett, Member


_____
Thomas J. Kavaler, Member

American Arbitration 4/20/2007 10:13:48 AM    PAGE    26/028    Fax Server

APR-19-07 THU 10:03 AM                              FAX NO.                              P. 03

13 116 Y 01508 06  Lerner New York, Inc. and Luciano Manganella

---

      I, John D. Feerick, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.


_____                    _____
(DATE)                                      (SIGNATURE)


      I, W.L.D. Barrett, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

4/19/07                                     [signature]
_____                    _____
(DATE)                                      (SIGNATURE)


      I, Thomas J. Kavaler, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.


_____                    _____
(DATE)                                      (SIGNATURE)

American Arbitration 4/20/2007 10:13:48 AM    PAGE 27/028    Fax Server

Apr-19-07   10:07am   From-03 Cahill Gordon & Reindel LLP    212-269-5420--03    T-949   P 002/003   F-562

13 116 Y 01508 06   Lerner New York, Inc. and Luciano Manganella

### AWARD

Accordingly, we award as follows (final subject only to paragraph 3 below):

1. The Escrow Amount shall go to Respondent. To the extent that the Escrow Agent requires an order of this Panel to disburse the Escrow Amount to Respondent (SPA Schedule 6.13(i)), it is so ordered.

2. With respect to interest Claimant shall pay to Respondent the sum of Three Hundred and Five Thousand Two Hundred and Ninety One Dollars and Twenty Five Cents ($305,291.25) as of the date hereof and $1,078.77 per day thereafter until Respondent receives the Escrow Amount.

3. Respondent shall make not later than April 30, 2007 a showing by affidavit of the amounts thereof that he has incurred or that may otherwise be or become due. Claimant shall respond thereto not later than May 14, 2007 and Respondent may reply, if so advised, not later than May 24, 2007. The Panel shall thereafter issue a Final Award thereon not later than July 2, 2007 without any further argument unless the Panel requires same.

4. Pursuant to SPA Schedule 6.13(g), the AAA is instructed to send a copy hereof to the Escrow Agent, Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333 Attn: Matthew E. Epstein, Esq., forthwith.

5. This Award shall remain in full force and effect until such time as a Final Award is rendered. The Panel retains jurisdiction until the issuance of the Final Award.

This award may be signed by the arbitrators in counterparts.

Dated: New York, New York
April 20, 2007

_____
John D. Feerick, Chairperson

_____
W.L.D. Barrett, Member

_____
Thomas J. Kavaler, Member

19

RECEIVED TIME APR. 19. 10:06AM

Apr-19-07   '0:07am   From-02 Cah ll Gordon & Reindel LLP      212-269-5420--03      T-949   P 003/003   F-562

13 116 Y 01508 06   Lerner New York, Inc. and Luciano Manganella

I, John D. Feerick, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

_____                    _____
(DATE)                                              (SIGNATURE)


I, W.L.D. Barrett, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

_____                    _____
(DATE)                                              (SIGNATURE)


I, Thomas J. Kavaler, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

4/19/07
_____                    _____
(DATE)                                              (SIGNATURE)

20

# EXHIBIT E

AMERICAN ARBITRATION ASSOCIATION
Commercial Arbitration Tribunal
------------------------------------------------------------x
                                                            :
LERNER NEW YORK, INC.,                                      :
                                                            :
                              Claimant,                     :   Case No. 13-116-Y-01508-06
                                                            :
         and                                                :   OPINION AND FINAL
                                                            :   AWARD
                                                            :   BY ABITRATION PANEL
LUCIANO MANGANELLA                                          :
                                                            :   John D. Feerick, Chair
                              Respondent.                   :   William L.D. Barrett
                                                            :   Thomas J. Kavaler
------------------------------------------------------------x

**Appearances**

    KIRKLAND & ELLIS, LLP
    Attorneys for Claimant
      153 East 53rd Street
      New York, New York 10022-4611
    BY: MATTHEW SOLUM, ESQ.
       CHRIS COULSTON, ESQ.

    KIRKPATRICK & LOCKHART NICHOLSON GRAHAM, LLP
    Attorneys for Respondent
      One Lincoln Street
      Boston, Massachusetts 02111-2950
    BY: DANIEL E. ROSENFELD, ESQ.
       CHRISTINE JOHNSTON, ESQ.
       ROSEMARY ALITO, ESQ.

**We, THE UNDERSIGNED ARBITRATORS,** having been designated in accordance with the arbitration agreement contained in the Stock Purchase Agreement between the above-named parties dated July 19, 2005 (the "SPA") and having been duly sworn, and having duly heard the proofs and allegations of the parties, do hereby AWARD as follows

**The Interim Award**

Our Interim Award determined all issues in this matter except for an award of attorneys fees and costs to the prevailing party as required by the parties' agreement. In this final

13 116 Y 01508 06   Lerner New York, Inc. and Luciano Manganella

---

award, we incorporate our Interim Award in its entirety without change. We retained jurisdiction for the purposes of determining attorneys' fees and costs.

**Attorneys Fees and Costs**

**Our Interim Award provided that** Respondent (the prevailing party) was to make not later than April 30, 2007 a showing by affidavit of the amounts of attorneys fees and costs that he has incurred or that may otherwise be or become due. Claimant was allowed to respond thereto not later than May 14, 2007 and Respondent to reply, if so advised, not later than May 24, 2007.

We said that the Panel would thereafter issue a Final Award thereon, without further argument, unless the Panel required same.

Respondent submitted an application for fees and costs, Claimant responded and Respondent replied. The Panel has determined that the papers are sufficient and that no further argument is needed.

We have carefully considered the materials submitted, and the arguments for and against individual items claimed. We considered the result obtained. We have also noted that we are all experienced in the obtaining and providing of legal services in New York. Based on all of the foregoing considerations we have concluded that an award of $2,000,000 for all of Respondent's attorneys fees and costs is fair and reasonable.

**AWARD**

Accordingly, we award as follows

1. The Escrow Amount shall go to Respondent. To the extent that the Escrow Agent requires an order of this Panel to disburse the Escrow Amount to Respondent (SPA Schedule 6.13(i)), it is so ordered.

With respect to interest Claimant shall pay to Respondent the sum of Three Hundred and Five Thousand Two Hundred and Ninety One Dollars and Twenty Five Cents ($305,291.25) as of April 20, 2007 and $1,078.77 per day thereafter until Respondent receives the Escrow Amount.

With respect to attorneys' fees and costs, Claimant shall pay to Respondent the sum of Two Million Dollars ($2,000,000).

Pursuant to SPA Schedule 6.13(g), the AAA is instructed to send a copy hereof to the Escrow Agent, Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333 Attn: Matthew E. Epstein, Esq., forthwith.

This Award is in full settlement of all claims submitted to the Panel in this arbitration.

This award may be signed by the arbitrators in counterparts.

2

13 116 Y 01508 06   Lerner New York, Inc. and Luciano Manganella

---

Dated: New York, New York
June 9, 2007

                                                    _____
                                                    John D. Feerick, Chairperson

                                                    _____
                                                      W.L.D. Barrett, Member

                                                    _____
                                                     Thomas J. Kavaler, Member

       I, John D. Feerick, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

6/9/07
_____                         _____
(DATE)                                                  (SIGNATURE)

       I, W.L.D. Barrett, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

_____                         _____
(DATE)                                                  (SIGNATURE)

      I, Thomas J. Kavaler, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

_____                         _____
(DATE)                                                  (SIGNATURE)

13 116 Y 01508 06   Lerner New York, Inc. and Luciano Manganella

---

Dated: New York, New York  
     June    , 2007

 

_____  
John D. Feerick, Chairperson

_____  
W.L.D. Barrett, Member

_____  
Thomas J. Kavaler, Member

    I, John D. Feerick, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

_____          _____  
(DATE)                                                                (SIGNATURE)

    I, W.L.D. Barrett, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

_____          _____  
(DATE)                                                                (SIGNATURE)

    I, Thomas J. Kavaler, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

_6/7/07_____          _____  
(DATE)                                                                (SIGNATURE)

3

13 116 Y 01508 06   Lerner New York, Inc. and Luciano Manganella

---

Dated: New York, New York
       June 7, 2007

 

                                                                                  John D. Feerick, Chairperson

                                                                                 W.L.D. Barrett, Member


                                                                                 Thomas J. Kavaler, Member

    I, John D. Feerick, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

_____                        _____
      (DATE)                                                         (SIGNATURE)

    I, W.L.D. Barrett, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

_____                        _____
      (DATE)                                                         (SIGNATURE)

    I, Thomas J. Kavaler, do hereby affirm upon my oath as arbitrator that I am the individual described in and who executed this instrument, which is my award.

_____                        _____
      (DATE)                                                          (SIGNATURE)

Normandy Financial Closing                                                                 Page 3 of 3

---

**13-116-Y-01508-06**
**Luciano Manganella**

---

**Administrative Fees and Expenses:**

| | | |
|---|---|---|
| Filing Fees | $0.00 | |
| Case Services Fee | $0.00 | |
| Hearing Fees | $0.00 | |
| AAA Room Rental Fee | $0.00 | |
| Abeyance/Misc. AAA Fees | $0.00 | |
| Non-AAA Conference Room Expenses | $0.00 | |
| Misc Expenses | $0.00 | |
| Your Share of Administrative Fees and Expenses: | | $0.00 |
| Amount Paid for Administrative Fees and Expenses: | | $0.00 |
| Balance Administrative Fees and Expenses: | | $0.00 |

**Neutral Compensation and Expenses:**

| | |
|---|---|
| Your Share of Neutral Compensation and Expenses: | $42,625.00 |
| Amount Paid for Neutral Compensation and Expenses: | $42,900.00 |
| Balance Neutral Compensation and Expenses: | ($275.00) |

**Party Balance:** ($275.00)

Normandy Financial Closing                                          Page 2 of 3

---

**13-116-Y-01508-06**
**Lerner New York, Inc.**

---

**Administrative Fees and Expenses:**

| | | |
|---|---|---|
| Filing Fees | $10,000.00 | |
| Case Services Fee | $4,000.00 | |
| Hearing Fees | $0.00 | |
| AAA Room Rental Fee | $0.00 | |
| Abeyance/Misc. AAA Fees | $0.00 | |
| Non-AAA Conference Room Expenses | $0.00 | |
| Misc Expenses | $0.00 | |
| Your Share of Administrative Fees and Expenses: | | $14,000.00 |
| Amount Paid for Administrative Fees and Expenses: | | $14,000.00 |
| Balance Administrative Fees and Expenses: | | $0.00 |

**Neutral Compensation and Expenses:**

| | |
|---|---|
| Your Share of Neutral Compensation and Expenses: | $42,625.00 |
| Amount Paid for Neutral Compensation and Expenses: | $42,900.00 |
| Balance Neutral Compensation and Expenses: | ($275.00) |

| | |
|---|---|
| **Party Balance:** | ($275.00) |

American Arbitration  4/20/2007 10:13:48 AM   PAGE   1/028   Fax Server



# American Arbitration Association
*Dispute Resolution Services Worldwide*

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
http://www.adr.org

# FAX

| | |
|---|---|
| DATE | 04/20/2007 10:13:29 AM |
| TO | Daniel E. Rosenfeld, Esq. |
| COMPANY | Kirkpatrick & Lockhart Nicholson Graham LLP |
| ADDRESS | 617-261-3175 |
| FROM | Joseph P. Conlon |
| NUMBER OF PAGES | 2 (Including cover page) |
| RE | Case number: 13 116 Y 01508 06 |
| RECIPIENTS | Matthew Solum, Esq.; Daniel E. Rosenfeld, Esq. |

NOTES:

THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE PERSON AUTHORIZED TO DELIVER THIS FAX TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS FAX IS PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (COLLECT) AND RETURN THE ORIGINAL FAX TO US BY FIRST CLASS MAIL AT THE ABOVE ADDRESS.