JUDGE HOLWELL

07 CV 6250

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LUCIANO MANGANELLA,                        :     No. _____
                                           :
                    Petitioner,            :
                                           :
        -against-                          :
                                           :     **CERTIFICATE OF SERVICE**
LERNER NEW YORK, INC.,                     :
                                           :
                    Respondent.            :
                                           :
-----------------------------------------------------------x

I, David S. Versfelt, being over the age of eighteen years and not a party to this proceeding, hereby certify that pursuant to 9 U.S.C. Sections 9 and 13, on this 6th day of July, 2007, I caused to be served, by hand delivery, a Notice of Motion for Confirmation of Arbitration Award, Memorandum of Law of Luciano Manganella in Support of Motion for Confirmation of Arbitration Award, and Affirmation of David S. Versfelt, Esq., dated July 5, 2007, with exhibits annexed thereto, upon the attorneys who represented Respondent Lerner New York, Inc, in the arbitration held in this jurisdiction styled <u>Lerner New York, Inc. and Luciano Manganella</u>, No. AAA 13 116 Y 01508:

Matthew Solum,
Kirkland & Ellis, LLP
Citibank Center
153 East 53rd Street
New York, NY 10022-4611

_____
David S. Versfelt