UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Luciano Manganella,<br><br>                 Petitioner,<br><br>    v.<br><br>Lerner New York, Inc.,<br><br>                 Respondent. | Case No.:     07 CV 6250 (RJH)<br><br>ECF Case<br><br>**RULE 7.1 STATEMENT** |

**DISCLOSURE STATEMENT OF LERNER NEW YORK, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Lerner New York, Inc. states that its indirect parent company is New York & Co., Inc., which is a publicly traded company on the New York Stock Exchange under the symbol "NWY".

Date: July 20, 2007

/s  Matthew Solum
KIRKLAND & ELLIS LLP
Matthew Solum
Gregory T. Heyman
Citigroup Center
153 East 53rd Street
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-6460

*Counsel for Plaintiff Lerner New York, Inc.*