UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Luciano Manganella,<br><br>    Petitioner,<br><br> v.<br><br>Lerner New York, Inc.,<br><br>    Respondent. | Case No.: 07 CV 6250 (RJH)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

  To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for Respondent Lerner New York, Inc.

  I certify that I am admitted to practice in this court.


Date: July 20, 2007

/s  Matthew Solum
KIRKLAND & ELLIS LLP
Matthew Solum
Citigroup Center
153 East 53rd Street
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-6460

*Counsel for Respondent Lerner New York, Inc.*