```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LUCIANO MANGANELLA,

                  Petitioner,

                  07 Civ. 6250 (RJH)

     -against-

                  **ORDER**

LERNER NEW YORK, INC.,

                  Respondent.

------------------------------------------------------------x

Having received from petitioner a notice of motion for confirmation of an arbitration award, accompanying memorandum of law, and supporting affirmation; and having received from respondent a letter of non-opposition to petitioner's motion for confirmation while expressly reserving any and all rights, the Court hereby: confirms, pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9 (2006), the arbitration award rendered by the American Arbitration Association on June 13, 2007 (the "Arbitration Award"); and enters the Arbitration Award as a judgment of this Court.

SO ORDERED.

Dated: New York, New York
       August 7, 2007

                                              Richard J. Holwell
                                              United States District Judge