**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
LUCIANO MANGANELLA,

                    Petitioner,

    -against-

LERNER NEW YORK, INC.,

                    Respondent.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/07

07 CIVIL 6250 (RJH)

**JUDGMENT**

      Petitioner having moved to confirm an arbitration award, and the matter having been brought before the Honorable Richard J. Holwell, United States District Judge, and the Court, on August 7, 2007, having issued its Order confirming the arbitration award and entering the Arbitration Award as a judgment of the Court, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 7, 2007, the arbitration award is confirmed and the Arbitration Award is entered as a judgment of the Court.

**Dated:** New York, New York
       August 8, 2007

                                      J. MICHAEL MCMAHON
                                      Clerk of Court
              BY:
                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____